# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERCY LAVAE BACON,

    Plaintiff,

vs.

DAVID ROGER,

    Defendant.

Case No. 2:11-CV-00406-RLH-(PAL)

**ORDER**

    Plaintiff has submitted an application to proceed in forma pauperis (#1) and a motion for a preliminary injunction. The motion for a preliminary injunction is insufficient to commence a civil action in this court. See Fed. R. Civ. P. 3.

    Furthermore, on at least three occasions this court has dismissed for failure to state a claim upon which relief can be granted actions commenced by plaintiff while he was a prisoner.[1] Plaintiff cannot proceed in forma pauperis in this action unless he is in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g). Plaintiff has not alleged, and the subject matter of this action does not indicate, that he is in imminent danger of serious physical injury. Plaintiff must pre-pay the filing fee in full.

    IT IS THEREFORE ORDERED that plaintiff's application to proceed in forma pauperis (#1) is **DENIED**. Plaintiff shall pay the full filing fee of three hundred fifty dollars

---

[1] See Bacon v. Webster, 2:05-CV-01267-PMP-(GWF); Bacon v. Laswell, 2:09-CV-02058-PMP-(PAL); Bacon v. State of Nevada, 2:10-CV-01451-KJD-(LRL).

1  ($350.00) within thirty days of the date that this order is entered.  Failure to comply with this order
2  will result in the dismissal of this action.
3         IT IS FURTHER ORDERED that the clerk of the court shall provide plaintiff with
4  two copies of this order.  Plaintiff is ordered to make the necessary arrangements to have one copy
5  of this order attached to the check in the amount of the designated fee.
6         IT IS FURTHER ORDERED that the clerk shall send to plaintiff a blank section
7  1983 civil rights complaint form with instructions.  Plaintiff shall have thirty days from the date that
8  this order is entered to submit a complaint on that form.  Failure to comply with this order will
9  result in the dismissal of this action.
10        DATED:  March 18, 2011.

_____
ROGER L. HUNT
Chief United States District Judge