# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERCY LAVAE BACON,

    Plaintiff,

vs.

DAVID ROGER,

    Defendant.

Case No. 2:11-CV-00406-RLH-(PAL)

**ORDER**

    Plaintiff has submitted a motion for relief from judgment (#5). He repeats the arguments in his earlier motion to alter or amend judgment (#3), which the court rejected (#4). The court denies the current motion (#5).

    Plaintiff has not paid the filing fee within the allotted time, and the court dismisses this action.

    IT IS THEREFORE ORDERED that plaintiff's motion for relief from judgment (#5) is **DENIED**.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly.

    DATED: May 17, 2011.

_____
ROGER L. HUNT
United States District Judge